IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRIDEN MULTICOMMUNICATIONS, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS INC.;<br>VERIZON ONLINE LLC;<br>VERIZON ONLINE – MARYLAND LLC;<br>VERIZON ONLINE PENNSYLVANIA<br>PARTNERSHIP<br><br>        Defendants. | Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Driden Multicommunications, LLC ("Driden" or "Plaintiff"), by way of Complaint against the above-named Defendants (collectively, "Verizon" or "Defendants"), alleges the following:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

**THE PARTIES**

2. Plaintiff Driden is a limited liability company organized under the laws of the State of Delaware with a place of business at 1209 Orange Street, Wilmington, Delaware 19801.

3. Defendant Verizon Communications Inc. ("VCI") is a corporation organized under the laws of the State of Delaware with its principal place of business at 140 West Street, New York, NY 10007.

4.      Defendant Verizon Online LLC ("VOL") is a corporation organized under the laws of the State of Delaware with its principal place of business at 22001 Loudoun County Parkway, Ashburn, VA 20147.

5.      Defendant Verizon Online – Maryland LLC is a corporation organized under the laws of the State of Delaware with its principal place of business at 1209 N. Orange Street, Wilmington, Delaware 19801.

6.      Defendant Verizon Online Pennsylvania Partnership is a general partnership organized under the laws of the State of Delaware with its principal place of business at 1209 N. Orange Street, Wilmington, Delaware 19801.

## JURISDICTION AND VENUE

7.      This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code.

8.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

9.      On information and belief, each Defendant is subject to the jurisdiction of this Court because it is incorporated or organized in this State.  Moreover, on information and belief, each Defendant VCI and VOL has engaged in acts of patent infringement which have been committed in this Judicial District, and has regularly conducted and systematic business contacts in this State.  As such, each Defendant VCI and VOL has purposefully availed itself of the privilege of conducting business within this Judicial District; has established sufficient minimum contacts with this Judicial District such that it should reasonably and fairly anticipate being haled into court in this Judicial District; has purposefully directed activities at residents of this State; and at least a portion of the patent infringement claims alleged herein arise out of or are related to one or more of the foregoing activities.

10. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and 1400(b).

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 5,841,840

11. The allegations set forth in the foregoing paragraphs 1 through 10 are hereby realleged and incorporated herein by reference.

12. On November 24, 1998, United States Patent No. 5,841,840 ("the '840 Patent"), entitled "Multiple Line Modem and Method for Providing Voice on Demand," was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '840 Patent is attached as Exhibit A to this Complaint.

13. Driden is the assignee and owner of the right, title and interest in and to the '840 Patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

14. In violation of 35 U.S.C. § 271, Defendants have directly infringed, both literally and under the doctrine of equivalents, the '840 Patent by providing and using products and services that practice the subject matter claimed in one or more claims of the '840 Patent in the United States, including within this Judicial District, without the authority of Driden. These products and services include without limitation Verizon's DSL and standalone DSL services, as well as Verizon's customer premises and central office equipment, operations support system, and customer services that provision Defendants' DSL and standalone DSL services (collectively, "Accused Services and Products").

15. Driden has been harmed by Defendants' infringing activities.

## JURY DEMAND

Driden demands a trial by jury on all issues triable as such.

## **PRAYER FOR RELIEF**

WHEREFORE, Driden respectfully requests that this Court enter judgment for Driden and against Defendants as follows:

a. An adjudication that Defendants have infringed the '840 Patent;

b. An award of damages to be paid by Defendants adequate to compensate Driden for Defendants' past infringement of the '840 Patent, and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial; and

c. For such further relief at law and in equity as the Court may deem just and proper.

Dated:  November 14, 2012					STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606
	stamoulis@swdelaw.com
Richard C. Weinblatt #5080
	weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Driden Multicommunications, LLC*