IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRIDEN MULTICOMMUNICATIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 12-1469 GMS |
| A T & T, INC., et al., | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| DRIDEN MULTICOMMUNICATIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 12-1470 GMS |
| EARTHLINK INC., | ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| DRIDEN MULTICOMMUNICATIONS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 12-1471 GMS |
| CENTURYTEL BROADBAND SERVICES LLC, et al., | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| DRIDEN MULTICOMMUNICATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 12-1472 GMS |
| FRONTIER COMMUNICATIONS, CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |
| DRIDEN MULTICOMMUNICATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 12-1473 GMS |
| MEGAPATH INC. | ) ) ) | |
| Defendant. | ) | |
| DRIDEN MULTICOMMUNICATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 12-1474 GMS |
| VERIZON COMMUNICATIONS, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 4th day of February, 2013, the above captioned related cases having been assigned;

IT IS ORDERED that, on or before **February 18, 2013,** counsel for the plaintiff should ascertain the need for the coordination of such proceedings as discovery and Markman, and file with

the court a proposed order advising when a joint scheduling conference might most efficiently be conducted.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE