**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DRIDEN MULTICOMMUNICATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 12-1474-GMS |
| VERIZON COMMUNICATIONS INC., VERIZON ONLINE LLC, VERIZON ONLINE – MARYLAND LLC, and VERIZON ONLINE PENNSYLVANIA PARTNERSHIP | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT VERIZON COMMUNICATIONS INC.**

Plaintiff and Defendants consent pursuant to Federal Rule of Civil Procedure 41 to dismiss Verizon Communications Inc. without prejudice and without costs. In support of this stipulation, the parties state that the parties have agreed to the stipulated dismissal of Defendant Verizon Communications Inc. pursuant to Federal Rule of Civil Procedure 41.

The parties agree that the caption should be revised to be the following:

| | | |
|---|---|---|
| DRIDEN MULTICOMMUNICATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 12-1474-GMS |
| VERIZON ONLINE LLC, VERIZON ONLINE – MARYLAND LLC, and VERIZON ONLINE PENNSYLVANIA PARTNERSHIP | ) ) ) ) ) | |
| Defendants. | ) | |

|  |  |
|---|---|
|  | Respectfully submitted, |
| STAMOULIS & WEINBLATT LLC | SEITZ ROSS ARONSTAM & MORITZ LLP |
| */s/ Stamatios Stamoulis* | */s/ Benjamin J. Schladweiler* |
| Stamatios Stamoulis (Bar No. 4606) | Collins J. Seitz, Jr. (Bar No. 2237) |
| Richard C. Weinblatt (Bar No. 5080) | Benjamin J. Schladweiler (Bar No. 4601) |
| Two Fox Point Centre | 100 S. West Street, Suite 400 |
| 6 Denny Road, Suite 307 | Wilmington, DE  19801 |
| Wilmington, DE  19809 | (302) 576-1600 |
| (302) 999-1540 | cseitz@seitzross.com |
| stamoulis@swdelaw.com | bschladweiler@seitzross.com |
| weinblatt@swdelaw.com |  |
|  | *Attorneys for Defendants Verizon* |
| *Attorneys for Plaintiff Driden* | *Communications Inc., Verizon Online LLC,* |
| *Multicommunications, LLC* | *Verizon Online – Maryland LLC, and Verizon* |
|  | *Online Pennsylvania Partnership* |
| *Of Counsel*: |  |
|  | *Of Counsel*: |
| Lei Sun |  |
| Tim Devlin | John L. North |
| FARNEY DANIELS, P.C. | Darcy L. Jones |
| 800 South Austin Avenue | Meghan M. Rachford |
| Suite 200 | KASOWITZ, BENSON, TORRES |
| Georgetown, TX  78626-5845 |  & FRIEDMAN LLP |
| (512) 582-2827 | Two Midtown Plaza, Suite 1500 |
| lsun@farneydaniels.com | 1349 West Peachtree Street, N.W. |
| tdevlin@farneydaniels.com | Atlanta, GA  30309 |
|  | (404) 260-6080 |
| *Attorneys for Plaintiff Driden* | jnorth@kasowitz.com |
| *Multicommunications, LLC* | djones@kasowitz.com |
|  | mrachford@kasowitz.com |
|  |  |
|  | Norman E.B. Minnear |
|  | KASOWITZ, BENSON, TORRES |
|  |  & FRIEDMAN LLP |
|  | 1633 Broadway |
|  | New York, NY  10019 |
|  | (212) 506-1700 |
|  | jminnear@kasowitz.com |
|  |  |
|  | *Attorneys for Defendants Verizon* |
|  | *Communications Inc.; Verizon Online LLC;* |
|  | *Verizon Online – Maryland LLC; and Verizon* |
| Dated:  February 6, 2013 | *Online Pennsylvania Partnership* |

**SO ORDERED,** this _____ day of _____, 2013.

_____
United States District Judge