IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRIDEN MULTICOMMUNICATIONS, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AT&T, INC., AT&T CORP., and SBC ) <br> INTERNET SERVICES, INC., ) <br> ) <br> Defendants. ) | C.A. No. 12-cv-1469 (GMS) |
| DRIDEN MULTICOMMUNICATIONS, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EARTHLINK, INC., ) <br> ) <br> Defendant. ) | C.A. No. 12-cv-1470 (GMS) |
| DRIDEN MULTICOMMUNICATIONS, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTURYTEL BROADBAND SERVICES, ) <br> L.L.C. and QWEST CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 12-cv-1471 (GMS) |
| DRIDEN MULTICOMMUNICATIONS, L.L.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRONTIER COMMUNICATIONS CORP., ) <br> ) <br> Defendant. ) | C.A. No. 12-cv-1472 (GMS) |

| | |
|---|---|
| DRIDEN MULTICOMMUNICATIONS, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEGAPATH, INC., )<br>)<br>Defendant. )  | C.A. No. 12-cv-1473 (GMS) |
| DRIDEN MULTICOMMUNICATIONS, L.L.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC., )<br>VERIZON ONLINE, L.L.C., VERIZON )<br>ONLINE – MARYLAND, L.L.C. and VERIZON )<br>ONLINE PENNSYLVANIA PARTNERSHIP, )<br>)<br>Defendants. ) | C.A. No. 12-cv-1474 (GMS) |

## ORDER

At Wilmington, this 7th day of February, 2013, IT IS HEREBY ORDERED that the parties are limited to filing only one Stipulation to Extend Time to Answer the Complaint in the above-captioned actions. The court will not grant additional motions to extend time to answer in these actions, absent a showing of good cause.

_____
CHIEF, UNITED STATES DISTRICT JUDGE