## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RECEIVED
FEB - 7 2013
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRIDEN MULTICOMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1474-GMS |
| | ) | |
| VERIZON COMMUNICATIONS INC., VERIZON ONLINE LLC, VERIZON ONLINE – MARYLAND LLC, and VERIZON ONLINE PENNSYLVANIA PARTNERSHIP | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VERIZON COMMUNICATIONS INC.

Plaintiff and Defendants consent pursuant to Federal Rule of Civil Procedure 41 to dismiss Verizon Communications Inc. without prejudice and without costs. In support of this stipulation, the parties state that the parties have agreed to the stipulated dismissal of Defendant Verizon Communications Inc. pursuant to Federal Rule of Civil Procedure 41.

The parties agree that the caption should be revised to be the following:

| | | |
|---|---|---|
| DRIDEN MULTICOMMUNICATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1474-GMS |
| | ) | |
| VERIZON ONLINE LLC, VERIZON ONLINE – MARYLAND LLC, and VERIZON ONLINE PENNSYLVANIA PARTNERSHIP | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

SEITZ ROSS ARONSTAM & MORITZ LLP

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (Bar No. 4606)
Richard C. Weinblatt (Bar No. 5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff Driden*
*Multicommunications, LLC*

*/s/ Benjamin J. Schladweiler*
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Attorneys for Defendants Verizon*
*Communications Inc., Verizon Online LLC,*
*Verizon Online – Maryland LLC, and Verizon*
*Online Pennsylvania Partnership*

*Of Counsel:*

Lei Sun
Tim Devlin
FARNEY DANIELS, P.C.
800 South Austin Avenue
Suite 200
Georgetown, TX 78626-5845
(512) 582-2827
lsun@farneydaniels.com
tdevlin@farneydaniels.com

*Attorneys for Plaintiff Driden*
*Multicommunications, LLC*

*Of Counsel:*

John L. North
Darcy L. Jones
Meghan M. Rachford
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309
(404) 260-6080
jnorth@kasowitz.com
djones@kasowitz.com
mrachford@kasowitz.com

Norman E.B. Minnear
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
jminnear@kasowitz.com

*Attorneys for Defendants Verizon*
*Communications Inc.; Verizon Online LLC;*
*Verizon Online – Maryland LLC; and Verizon*
*Online Pennsylvania Partnership*

Dated: February 6, 2013

**SO ORDERED**, this ___13th___ day of ___Feb___, 2013.

_____
United States District Judge